UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. No. 2:10-CR-0162 FCD |
| v. ) | |
| JUSTIN HAYNES ) | |
| ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum                  () Ad Testificandum

Name of Detainee:    JUSTIN HAYNES
Detained at (custodian): Sacramento County Jail

Detainee is:       a.)      (X) charged in this district by:    (X) Indictment   () Information   () Complaint
                                          charging detainee with: 21 U.S.C. § 843(b) - Illegal Use of a Communication Facility

         or       b.)      () a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)      (X) return to the custody of detaining facility upon termination of proceedings
         or       b.)      () be retained in federal custody until final disposition of federal charges, as a sentence is
                                         currently being served at the detaining facility

*Appearance is necessary on **April 29, 2010 at 2:00 p.m. before the Honorable Kendall J. Newman**, in the Eastern District of California.*

                              Signature:              /s/ Heiko P. Coppola
                              Printed Name & Phone No:    HEIKO P. COPPOLA, Tel: 916-554-2770
                              Attorney of Record for:        United States of America

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum                  () Ad Testificandum

        The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: April 28, 2010

                                                       /s/ Kendall J. Newman
                                                       HON. KENDALL J. NEWMAN
                                                       United States Magistrate Judge

___

Please provide the following, if known:

AKA(s) (if applicable):                                                   **Male**
Booking or CDC #:      X-1827721 or 09479720               DOB:    1/15/1975
Facility Address:       Sacramento County Jail                  Race:
                             Facility Phone:                               FBI #:

Currently Incarcerated For:

___

### RETURN OF SERVICE

Executed on                                       By:
                                                                          (Signature)