**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
ALEHANDRO CISNEROS ROMERO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-10-162-FCD |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE THE STATUS |
| v. ) | CONFERENCE TO MONDAY |
| ) | FEBRUARY 7, 2011 |
| MIGUEL CASTELLANOS ) | |
| HUITRON   , et al., ) | |
| ) | |
| ) | |
| DEFENDANTS. ) | |
| _____ ) | |

**PARTIES TO THE LITIGATION**

The parties to this litigation, the Unites States of America, represented by

Assistant United States Attorney, Mr. Heiko Coppola,  and the defendants (hereinafter

referred to as the defendants): 1) Ignacio Hernandez, represented by his attorney Mr.

Robert Forkner; 2) Jairo Zapien represented by his attorney Mr. Douglas Beevers; 3)

Fernando Madrigal represented by his attorney Mr. Michael B. Bigelow; 4) Rafael

Emillo Gonzalez Juarbe represented by his attorney Ms. Steve Teich; 5) Cerjio Arturo

Zepeda  represented by his attorney Mr. John Virga; 6) Michelle Ernestina Lucero

represented by her attorney Mr. Hayes Gable, III; 7) Mario Nunez, Sr. represented by

his attorney Mr. Ron Peters; 8) Juan Lopez  represented by his attorney Mr. Scott

Cameron; 9) Justin Haynes represented by his attorney Mr. David Fischer;

1

10) David Hernandez represented by his attorney Mr, Danny Brace, Jr.;

and 11) Pedro Gutierrez-Valencia represented by his attorney, Mr. James R. Greiner,

hereby agree and stipulate that the current date for the status conference in this case,

**Monday, October 18, 2010**, is hereby vacated and can be rescheduled for Monday,

**February 7, 2011**, at 10:00 a.m. in Courtroom #2, before the Honorable District

Court Judge, Frank C. Damrell, Jr..

Further, all of the parties, the United States of America and all of the defendants

as stated above, hereby continue to agree and stipulate that time under the speedy trial

Act can be excluded under Title 18 section 3161(h)(7)(B)(ii) and section

3161(h)(7)(B)(iv), corresponding to Local code **T-2 (the complexity of the case)** and

**Local Code T-4 (to allow counsel time to prepare)** from **Monday, October 18,**

**2010** to and including **Monday, February 7, 2011.**

The Court's Courtroom deputy, Ms. Michele Krueger, was contacted to ensure

the Court was available on **Monday, February 7, 2011**, and the Court is available.

There are no motion schedule dates set in the case. There is no trial date set in the

case.


## PROCEDURAL STATUS OF THE CASE

On April 13, 2010, the government filed a criminal complaint against all

defendants. (See Docket Entry # 1, 95 pages)

On April 28, 2010, the government filed an twenty-one count Indictment

charging twelve (12) defendants with allegations of violating various federal crimes

including in Count 1 (conspiracy to distribute and possess with intent to distribute

Methamphetamine) Title 21 U.S.C. section 846 and 841(a)(1)).

All of the defendants have made their appearance in Magistrate Court, all

defendants have been arraigned on the Indictment and all defendants have pled not

guilty and requested a jury trial. (See Docket Entries #'s 16, 20, 54, 61, 62, 63, 64, 65,

2

67, and 72)

In addition, the Magistrate Court found due to the specific facts of this case: 1- the number of defendants, eleven (11); 2-the amount of discovery the government represented it will produce (the government has produced in excess of 4,000 pages hard copies as well as eight (8) CD's of information and has represented that more discovery will be produced by the government; 3-the reasonable and adequate amount of time still required by the defense  to review and investigate the discovery which is continuing to be produced by the government;4- the reasonable and adequate amount of time still required by the defense to due investigation on the case and discovery being continually produced by the government; that this case was complex pursuant to Title 18 section 3161(h)(7)(B)(ii), corresponding to **Local code T-2 (the complexity of the case)** and specifically made that finding on the record of this case at the arraignment of the defendants on the Indictment. (See Docket Entries # 61, 62, 63, 64, and 65).

In addition, the Magistrate Court found to due the nature of the charges, the number of defendants in the case (eleven (11)), the discovery to be produced by the government in the case (the representation was discovery would be produced and the government has produced in excess of 4,000 pages, eight (8) CD's of information and has represented to the defense more discovery will be forthcoming), and that there were four (4) live wire taps in this case, that the defense needs additional time to review the discovery, to discuss the discovery with their respective clients, and do to investigation, the Magistrate Court also found time excluded under the Speedy Trial Act Title 18  section 3161(h)(7)(B)(iv),  **Local Code T-4 (to allow counsel time to prepare).** (See Docket Entries # 61, 62, 63, 64, and 65).

## TIME EXCLUDED UNDER THE SPEEDY TRIAL ACT

The parties (the government and all eleven (11) defendants (one defendant has

not been arrested, Miguel Castellanos Huitron) agree and stipulate that with the recent production by the government of the voluminous discovery, the number of defendants involved in the case (11), the complex legal issues involved in the case, the fact that there are potentially eight (8) separate wire taps in this case, the fact that the government has produced eight (8) CD's  and the time needed by all defendants (11) to begin to review all of the discovery produced by the government to date, that the interest of justice in granting this reasonable request for a continuance outweighs all other interests in this case for a speedy trial in this case, pursuant to Title 18 section 3161(h)(7)(B)(ii) and section 3161(h)(7)(B)(iv), corresponding to **Local code T-2 (the complexity of the case)** and **Local Code T-4 (to allow counsel time to prepare), from Monday October 18, 2010 to and including Monday February 7, 2011.**

      Respectfully submitted:

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 10-13-10

/s/ Heiko Coppola, by e mail authorization
_____
Heiko Coppola
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 10-13-10

/s/ Robert L. Forkner by e mail authorization
_____
Robert L. Forkner
Attorney for Defendant
Ignacio Hernandez

DATED: 10-13-10      /s/ Douglas J. Beevers by e mail authorization
_____
Douglas J. Beevers
Attorney for Defendant
Jairo Zapien

DATED: 10-13-10      /s/ Michael B. Bigelow by e mail authorization
_____
Michael B. Bigelow
Attorney for Defendant Fernando Madrigal

DATED: 10-13-10                      /s/ Steve E. Teich by e mail authorization
                                     _____
                                     Steve E. Teich
                                     Attorney for Defendant
                                     Rafael Emilio Gaonzalez Jurabe

DATED: 10-13-10                      /s/ John E. Virga by telephone authorization
                                     _____
                                     John E. Virga
                                     Attorney for Defendant Cerrjio Arutro Zepeda

DATED: 10-13-10                      /s/ Hayes H. Gable, III by e mail authorization
                                     _____
                                     Hayes H. Gable, III
                                     Attorney for Defendant Alfredo Gallardo-Sosa

DATED: 10-13-10                      /s/ Ronald J. Peters by e mail authorization
                                     _____
                                     Ronald J. Peters
                                     Attorney for Defendant Mario Nunez, Sr.

DATED: 10-13-10                      /s/ Scott N. Cameron by e mail authorization
                                     _____
                                     Scott N. Cameron
                                     Attorney for Defendant Juan Lopez

DATED: 10-13-10                      /s/ David D. Fischer by e mail authorization
                                     _____
                                     David D. Fischer
                                     Attorney for Defendant Justin Haynes

DATED: 10-13-10                      /s/ Danny D. Brace by e mail authorization
                                     _____
                                     Danny D. Brace
                                     Attorney for Defendant
                                     Jorge Hiriberto Andrade-Torres

DATED: 10-13-10                      /s/ James R. Greiner
                                     _____
                                     James R. Greiner
                                     Attorney for Defendant
                                     Pedro Gutierrez-Valencia

1

## ORDER

2

3      The Court, having received, read, and considered the stipulation of the parties,

4  and good cause appearing therefrom, adopts the stipulation of the parties in its entirety

5  as its order.  Based on the stipulation of the parties and the recitation of facts

6  contained therein, the Court finds that this case is unusual and complex and that it is

7  unreasonable to expect adequate preparation for pretrial proceedings and trial itself

8  within the time limits established in 18 U.S.C. § 3161.  In addition, the Court

9  specifically finds that the failure to grant a continuance in this case would deny

10  defense counsel reasonable time necessary for effective preparation, taking into

11  account the exercise of due diligence.  The Court finds that the ends of justice to be

12  served by granting the requested continuance outweigh the best interests of the public

13  and the defendants in a speedy trial.

14      The Court orders that the time from the date of the parties' stipulation, **October**

15  **18, 2010,  to and including February 7, 2011,**  shall be excluded from computation

16  of time within which the trial of this case must be commenced under the Speedy Trial

17  Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T2

18  (unusual and complex case) and T4 (reasonable time for defense counsel to prepare).

19      It is further ordered that the **Monday, October 18, 2010, status conference**

20  shall be continued until **Monday, February 7, 2011**, at 10:00 a.m.

21

22      **FOR GOOD CAUSE SHOW, IT IS SO ORDERED.**

23

24  DATED: October 15, 2010

25

26                                                          FRANK C. DAMRELL, JR.
                                                            UNITED STATES DISTRICT JUDGE

27

28                                          6