DANIEL J. BRODERICK, #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAIRO ZAPIEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-cr-00162 FCD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| JAIRO ZAPIEN, et al., | |
| Defendants. | Date: March 7, 2011<br>Time: 10:00am<br>Judge: Hon. Frank C. Damrell |

IT IS HEREBY STIPULATED between the parties, HEIKO COPPOLA, Assistant United States Attorney, DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant JAIRO ZAPIEN; ROBERT FORKNER, attorney for defendant IGNACIO HERNANDEZ; MICHAEL BIGELOW, attorney for defendant FERNANDO MADRIGAL; STEVE TEICH, attorney for defendant RAFAEL EMILIO GONZALEZ JUARBE; JOHN VIRGA, attorney for defendant CERJIO ARTURO ZEPEDA; HAYES GABLE, III, attorney for defendant MICHELLE ERNESTINA LUCERO; RON PETERS, attorney for defendant MARIO NUNEZ, SR.; SCOTT CAMERON, attorney for defendant JUAN LOPEZ; DAVID FISHER, attorney for defendant JUSTIN HAYNES; DANNY BRACE, attorney for defendant DAVID HERNANDEZ; and JAMES GREINER, attorney for defendant, ALEJANDRO CISNEROS ROMERO, that the status conference hearing set for February 7, 2011 be vacated, and the

1  matter be set for status conference hearing on March 7, 2011 at 10:00am.
2  The parties stipulate and agree that the time period between February 7,
3  2011 and March 7, 2011 should be excluded from the calculation of time
4  under the Speedy Trial Act.  The parties stipulate and agree that the
5  ends of justice are served by the Court excluding such time, so that
6  counsel for the defendants may have reasonable time necessary for
7  effective preparation taking into account the exercise of due diligence.
8  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  The parties also
9  stipulate that this case is complex within the meaning of 18 U.S.C. §
10 3161 (h)(7)(B)(ii) and Local Code T-2.

11     Specifically, defense counsel needs additional time to review the
12 voluminous discovery that has been provided in this case.  To date, the
13 government has provided nearly 6000 pages of discovery.  Because this
14 case involves several wiretaps and eleven defendants, the nature of the
15 prosecution is necessarily complex.

16     The parties stipulate and agree that the interests of justice served
17 by granting this continuance outweigh the best interests of the public
18 and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

19 Dated: February 1, 2011              Respectfully submitted,

20                                      DANIEL J. BRODERICK
                                        Federal Defender
21
                                        /s/ Douglas Beevers
22                                      DOUGLAS BEEVERS
                                        Assistant Federal Defender
23                                      Attorney for Defendant
                                        JAIRO ZAPIEN
24
                                        /s/ Robert Forkner
25                                      ROBERT FORKNER
                                        Attorney for Defendant
26                                      IGNACIO HERNANDEZ

27                                      /s/ Michael Bigelow
                                        MICHAEL BIGELOW
28                                      Attorney for Defendant
                                        FERNANDO MADRIGAL

Zapien Stip/Order                -2-

```
                                        /s/ Steve Teich
                                        STEVE TEICH
                                        Attorney for Defendant
                                        RAFAEL EMILIO GONZALEZ JURABE

                                        /s/ John Virga
                                        JOHN VIRGA
                                        Attorney for Defendant
                                        CERJIO ARTURO ZEPEDA

                                        /s/ Hayes Gable , III
                                        HAYES GABLE, III
                                        Attorney for Defendant
                                        MICHELLE ERNESTINA LUCERO

                                        /s/ Ron Peters
                                        RON PETERS
                                        Attorney for Defendant
                                        MARIO NUNEZ, SR.

                                        /s/ Scott Cameron
                                        SCOTT CAMERON
                                        Attorney for Defendant
                                        JUAN LOPEZ

                                        /s/ David Fisher
                                        DAVID FISHER
                                        Attorney for Defendant
                                        JUSTIN HAYNES

                                        /s/ Danny Brace
                                        DANNY BRACE
                                        Attorney for Defendant
                                        DAVID HERNANDEZ

                                        /s/ James Greiner
                                        JAMES GREINER
                                        Attorney for Defendant
                                        ALEJANDRO CISNEROS ROMERO

Dated: February 1, 2011
                                        BENJAMIN B. WAGNER
                                        UNITED STATES ATTORNEY

                                        /s/ Heiko Coppola
                                        HEIKO COPPOLA
                                        Assistant United States Attorney
                                        Attorney for Plaintiff
```

Zapien Stip/Order                       -**3**-

**ORDER**

**IT IS SO ORDERED** that time beginning on February 7, 2011, up to and including, the March 7, 2011 Status Conference be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B) (ii) and (iv) and Local Codes T-2 and T-4, due to case complexity and to allow defense counsel time to prepare. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Dated: February 4, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE