1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE: (916) 649-2006
4  FAX: (916) 920-7951

5  ATTORNEY FOR DEFENDANT
   ALEHANDRO CISNEROS ROMERO
6

7          IN THE UNITED STATES DISTRICT COURT FOR THE

8              EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,        )    CR.NO.S-10-162-JAM
10                                   )
          PLAINTIFF,                 )    STIPULATION AND
11                                   )    ORDER TO CONTINUE THE STATUS
          v.                         )    CONFERENCE TO MONDAY
12                                   )    MAY 1, 2012
   MIGUEL CASTELLANO                 )
13 HUITRON  , et al.,                )
                                     )
14                                   )
          DEFENDANTS.                )
15 _____ )

16                **PARTIES TO THE LITIGATION**

17         The parties to this litigation, the Unites States of America, represented by

18  Assistant United States Attorney, Mr. Heiko Coppola,  and the defendants

19  (hereinafter referred to as the defendants): 1) Ignacio Hernandez, represented by his

20  attorney Mr. Robert Forkner; 2) Jairo Zapien represented by his attorney Mr. Douglas

21  Beevers; 3) Fernando Madrigal represented by his attorney Mr. Michael B. Bigelow;

22  4) Rafael Emillo Gonzalez Juarbe represented by his attorney Ms. Steve Teich; 5)

23  Cerjio Arturo Zepeda  represented by his attorney Mr. John Virga; 6) Michelle

24  Ernestina Lucero represented by her attorney Mr. Hayes Gable, III; 7) Mario Nunez,

25  Sr. represented by his attorney Mr. Ron Peters; 8)  Justin Haynes represented by his

26  attorney Mr. David Fischer; 9) David Hernandez represented by his attorney Mr,

27  Danny Brace, Jr.;

28
                                 1

1  and 10) Alejandro Cisneros Romero represented by his attorney, Mr. James R.

2  Greiner, hereby agree and stipulate that the current date for the status conference in

3  this case, **Tuesday, March 6, 2012**, can be vacated and can be rescheduled for,

4  **Tuesday, May 1, 2012**, at 9:30 a.m. in Courtroom #6, before the Honorable United

5  States District Court Judge, John A. Mendez..

6        Further, all of the parties, the United States of America and all of the

7  defendants as stated above, hereby agree and stipulate that time under the speedy trial

8  Act can be excluded under Title 18 section 3161(h)(7)(A), with the Court finding that

9  the ends of justice in granting this continuance outweigh the public and all of the

10 defendants right to a speedy trial and pursuant to Title 18 section 3161(h)(7)(B)(ii),

11 corresponding to Local code T-2 (the complexity of the case), the Court finds that due

12 to the complex nature of this case due to the number of defendants and complex legal

13 issues and volume of discovery in the case, that it is unreasonable to expect adequate

14 preparation for pretrial proceedings within the time limits established by the Speedy

15 Trial Act and pursuant to Title 18 section 3161(h)(7)(B)(iv)and Local Code T-4 (to

16 allow counsel time to prepare), the Court finds that granting this continuance would

17 allow defense counsel the reasonable time necessary for effective preparation, taking

18 into account the exercise of reasonable diligence.

19       The Court's Courtroom deputy, Mr. Harry Vine, was contacted to ensure the

20 Court was available on Tuesday, May 1, 2012, and the Court is available. There are

21 no motion schedule dates set in the case. There is no trial date set in the case.

22       The parties agree and stipulate that the following facts support the granting of

23 this continuance:

24       1- The number of defendants, ten (10)

25       2- the amount of discovery in excess of 4,000 pages hard copies as well as

26 eight (8) CD's of information, the four (4) live wire taps in this case  with additional

27 discovery regarding the four (4) live wire taps forthcoming;

28

2

1       3-the reasonable and adequate amount of time required by the defense  to

2 review and investigate the discovery in this case supports the continuance;

3       4- the reasonable and necessary time needed by defense counsel to research

4 potential legal issues for the filing of potential motions in this case, including but not

5 limited to potentially a wire tap motion, and motion to suppress;

6

7           **TIME EXCLUDED UNDER THE SPEEDY TRIAL ACT**

8      As set forth herein, the parties agree and stipulate that time under the Speedy

9 Trial Act can be excluded from Tuesday, March 6, 2012 to and including Tuesday,

10 May 1, 2012, for all of the reasons stated herein which include that time under the

11 speedy trial Act can be excluded under Title 18 section 3161(h)(7)(A), with the Court

12 finding that the ends of justice in granting this continuance outweigh the public and

13 all of the defendants right to a speedy trial and pursuant to Title 18 section

14 3161(h)(7)(B)(ii), corresponding to Local code T-2 (the complexity of the case), the

15 Court finds that due to the complex nature of this case due to the number of

16 defendants and complex legal issues and volume of discovery in the case, that it is

17 unreasonable to  expect adequate preparation for pretrial proceedings within the time

18 limits established by the Speedy Trial Act and pursuant to Title 18 section

19 3161(h)(7)(B)(iv)and Local Code T-4 (to allow counsel time to prepare), the Court

20 finds that granting this continuance would allow defense counsel the reasonable time

21 necessary for effective preparation, taking into account the exercise of reasonable

22 diligence.

23      Finally, James R. Greiner has been authorized by all counsel to sign this

24 stipulation for each of the respective parties.

25

26

27

28                                     3

1

2

3          Respectfully submitted:

4                                    BENJAMIN B. WAGNER
                                     UNITED STATES ATTORNEY
5
                                     /s/ Heiko Coppola
6
   DATED: 3-2-12
7                                    _____
                                     Heiko Coppola
                                     ASSISTANT UNITED STATES ATTORNEY
8                                    ATTORNEY FOR THE PLAINTIFF

9  DATED: 3-2-12
                                     /s/ Robert L. Forkner
10
                                     _____
                                     Robert L. Forkner
11                                   Attorney for Defendant
                                     Ignacio Hernandez
12
   DATED: 3-2-12                     /s/ Douglas J. Beevers
13
                                     _____
                                     Douglas J. Beevers
14                                   Attorney for Defendant
                                     Jairo Zapien
15
   DATED: 3-2-12                     /s/ Michael B. Bigelow
16
                                     _____
                                     Michael B. Bigelow
17                                   Attorney for Defendant Fernando Madrigal

18 DATED: 3-2-12                     /s/ Steve E. Teich

19                                   _____
                                     Steve E. Teich
                                     Attorney for Defendant
20                                   Rafael Emilio Gaonzalez Jurabe

21 DATED: 3-2-12                     /s/ John E. Virga

22                                   _____
                                     John E. Virga
                                     Attorney for Defendant Cerrjio Arutro Zepeda
23

24 DATED: 3-2-12                     /s/ Hayes H. Gable, III

25                                   _____
                                     Hayes H. Gable, III
                                     Attorney for Defendant Alfredo Gallardo-Sosa
26

27

28
                                            4

1    DATED: 3-2-12                    /s/ Ronald J. Peters
                                      _____
2                                     Ronald J. Peters
                                      Attorney for Defendant Mario Nunez, Sr.
3

4    DATED: 3-2-12                    /s/ David D. Fischer

5                                     _____
                                      David D. Fischer
6                                     Attorney for Defendant Justin Haynes

7
     DATED: 3-2-12                    /s/ Danny D. Brace
8                                     _____
                                      Danny D. Brace
9                                     Attorney for Defendant
                                      Jorge Hiriberto Andrade-Torres
10

11
     DATED: 3-2-12                    /s/ James R. Greiner
12                                    _____
                                      James R. Greiner
13                                    Attorney for Defendant
                                      Alejandro Cisneros Romero
14
                                      **ORDER**
15

16        The Court, having received, read, and considered the stipulation of the parties,

17   reviewed the record in this case  and good cause appearing therefrom, adopts the

18   stipulation and agreement of the parties in its entirety as its order.

19        The Court specifically finds pursuant to Title 18 U.S.C. section 3161(h)(7)(A),

20   the ends of justice in granting this motion to continue the status conference from

21   Tuesday, March 6, 2012 to Tuesday, May 1, 2012, outweigh the best interests of the

22   public and each of the defendants in this case in a speedy trial.

23        Further, the Court specifically finds based upon all of the facts set forth herein

24   by the parties and the agreements and stipulations of the parties set forth herein,

25   which the Court adopts as its own, that pursuant to Title 18 section 3161(h)(7)(B)(ii),

26   corresponding to Local code T-2 (the complexity of the case), the Court finds that due

27   to the complex nature of this case due to the number of defendants and complex legal

28
                                            5

1  issues and volume of discovery in the case, that it is unreasonable to expect adequate

2  preparation for pretrial proceedings within the time limits established by the Speedy

3  Trial Act and pursuant to Title 18 section 3161(h)(7)(B)(iv)and Local Code T-4 (to

4  allow counsel time to prepare), the Court finds that granting this continuance would

5  allow defense counsel the reasonable time necessary for effective preparation, taking

6  into account the exercise of reasonable diligence.

7        Further, the Court orders that the time from Tuesday, March 6, 2012, to and

8  including Tuesday, May 1, 2012,  shall be excluded from computation of time within

9  which the trial of this case must be commenced under the Speedy Trial Act, pursuant

10  to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T2 (unusual and

11  complex case) and T4 (reasonable time for defense counsel to prepare).

12        It is further ordered that the Tuesday, March 6, 2012, status conference shall be

13  continued until Tuesday, May 1, 2012, at 9:30 a.m.

14

15        **IT IS SO ORDERED.**

16

17  DATED: March 2, 2012

18

19                                    /s/ John A. Mendez

20                                    HONORABLE JUDGE JOHN A MENDEZ
                                      UNITED STATES DISTRICT COURT JUDGE

21

22

23

24

25

26

27

28                                              6