UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IGNACIO HERNANDEZ,<br><br>　　　　　Defendant. | No. 2:10-cr-00162-DAD<br><br>ORDER DENYING DEFENDANT IGNACIO HERNANDEZ'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)<br><br>(Doc. No. 331) |

　　　Pending before the court is defendant Ignacio Hernandez's *pro se* motion for a reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2) filed back on October 19, 2015. (Doc. No. 331.) The pending motion notes that defendant's projected release date at that time was January 10, 2019. (*Id.* at 1.)

　　　On November 20, 2015, the then-assigned district judge appointed counsel to represent defendant Hernandez in connection with his motion. (Doc. No. 339.) On October 25, 2016, defendant's counsel filed a notice informing the court that defendant would not be filing a supplement to his *pro se* motion. (Doc. No. 353.)[1]

/////

---

[1] On September 26, 2022, this case was reassigned to the undersigned district judge. (Doc. No. 434.). However, the fact that defendant's motion for reduction of his sentence was still pending before the court just recently came to the undersigned's attention.

The court takes judicial notice that the Bureau of Prisons inmate locator reflects that defendant Ignacio Hernandez was in fact released from the custody of the U.S. Bureau of Prisons on May 25, 2018.[2] Thus, defendant's pending § 3582 motion, in which defendant sought a reduction of his sentence of imprisonment, will be denied as having been rendered moot by his release from prison.

Accordingly,

1. Defendant Hernandez's motion brought pursuant to 18 U.S.C. § 3582(c)(2) (Doc. No. 331) is denied as having been rendered moot by his release from prison; and

2. This case shall remain closed.

IT IS SO ORDERED.

Dated:   **August 2, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[2] U.S. BUREAU OF PRISONS, INMATE LOCATOR, https://www.bop.gov/inmateloc/ (last visited on August 2, 2024).

2